IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Caron Comas,<br><br>           Plaintiffs,<br><br>vs.<br><br>Phillips & Associates, et al.,<br><br>           Defendants. | No. CV-06-2714-PHX-FJM<br><br>**ORDER** |

The court has had under advisement the parties' "Joint Motion to Approve Settlement and Dismiss All Claims with Prejudice" (doc. 22). By our order of March 24, 2008, (doc.23), we invited the parties to file a supplemental memorandum to address the necessity of court involvement and the reasonableness of the attorney fee provision. The parties have now filed a "Supplemental Joint Memorandum Supporting Joint Motion to Approve Settlement" (doc. 24), and the court has reviewed it.

Having satisfied itself on both of these issues, IT IS ORDERED GRANTING the "Joint Motion to Approve Settlement and Dismiss All Claims with Prejudice" (doc. 22).

The settlement agreement attached as exhibit one to the joint motion is a fair and reasonable resolution of a good faith dispute over wages under the Fair Labor Standards Act. Moreover, in light of the parties' explanation of the attorney fee provision in their supplemental memorandum, the attorney fee provision is reasonable. Accordingly, the settlement agreement is approved.

1   IT IS FURTHER ORDERED that all claims in this action are dismissed with
2  prejudice with each party to bear its own attorneys' fees and costs.
3       DATED this 24th day of April, 2008.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -